**366**

274 So.2d 651

**In re Ralph Oliver DENNY**

**v.**

**STATE.**

**Ex parte Ralph Oliver Denny.**

**SC 247.**

Supreme Court of Alabama.

March 15, 1973.

Bill McCollough, Jr., Birmingham, for petitioner.

HEFLIN, Chief Justice.

Petition of Ralph Oliver Denny for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Denny v. State, 49 Ala.App. 621, 274 So.2d 650.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.

274 So.2d 103

**In re Joseph B. GRAHAM**

**v.**

**STATE of Alabama.**

**Ex parte Joseph B. Graham.**

**SC 243.**

Supreme Court of Alabama.

Feb. 22, 1973.

W. Scears Barnes, Jr., Andalusia, for petitioner.

HARWOOD, Justice.

Petition of Joseph B. Graham for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Graham v. State, 49 Ala. App. 547, 274 So.2d 103.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

273 So.2d 481

**In re Jennie B. GRIFFIN, alias**

**v.**

**STATE.**

**Ex parte STATE of Alabama, ex rel. ATTORNEY GENERAL.**

**SC 254.**

Supreme Court of Alabama.

Feb. 22, 1973.

William J. Baxley, Atty. Gen. and Richard F. Calhoun, Asst. Atty. Gen., for the State.

HARWOOD, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Griffin, alias v. State, 49 Ala.App. 502, 273 So.2d 478.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.